IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEJANDRO LOPEZ,

    Defendant.

CASE NO. 1:18-cr-00260-DAD-BAM-1
---------------------------

**ORDER ON DETENTION HEARING**

Based upon the stipulation of the parties, and good cause appearing, the court grants the Defendant's request to advance the Detention Hearing date from December 21, 2018, to December 20, 2018, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __**December 19, 2018**__      /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE