Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California 95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Alejandro Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ALEJANDRO LOPEZ, ) <br> ) <br> Defendant, ) <br> _____ ) | Case No.1:18-cr-00260-DAD-BAM-1 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM SEPTEMBER 23, 2019 TO NOVEMBER 12, 2019 |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KAREN ANN ESCOBAR, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE BARBARA A. McAULIFFE PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through, Attorney for plaintiff; Karen Ann Escobar and Arturo Hernandez-M., Attorney for defendant Alejandro Lopez, that the Status Conference now set for September 23, 2019 be continued and time be excluded from September 23, 2019 to November 12, 2019.

This request is made jointly by the government and defense in order to

accommodate Defense Counsel Arturo Hernandez-M who is unable to attend on September 23, 2019 as he will be out of the country.

The parties agree that the interest of justice is served by granting this continuance and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the parties agree that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded from September 23, 2019, up to and including November 12, 2019 at 1:00 p.m.

Respectfully submitted,

Date: September 19, 2019

/s/ Karen Ann Escobar

Karen Ann Escobar
Attorney for Plaintiff, U.S.A.

Date: September 19, 2019

/s/ Arturo Hernandez -M
ARTURO HERNANDEZ-M
Attorney for Defendant
Alejandro Lopez

## **ORDER**

**IT IS SO ORDERED** that the 4th Status Conference is continued from September 23, 2019 to November 12, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **September 20, 2019**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE