Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California 95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Alejandro Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ALEJANDRO LOPEZ, ) <br> ) <br> Defendant, ) <br> ) | Case No.1:18-cr-00260-DAD-BAM-1 <br><br> AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING AND TO EXCLUDE TIME FROM January 13, 2020 to February 24, 2020 |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KAREN ANN ESCOBAR, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE BARBARA A. McAULIFFE PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through, Attorney for plaintiff; Karen Ann Escobar and Arturo Hernandez-M., Attorney for defendant Alejandro Lopez, that the status conference hearing now set for January 13, 2020, be continued and time be excluded from January 13, 2020 to February 24, 2020.

This request is made jointly by the government and defense in order to

accommodate Defense Counsel Arturo Hernandez-M as he requires additional time to review the plea agreement and pending issues with Mr. Alejandro Lopez. Also Mr. Hernandez will not be available on Monday January 13, 2020 because he will be in El Paso Texas, visiting with his 90-year-old father who is in the hospital due to an accident involving a broken hip.

The parties agree that the interest of justice is served by granting this continuance and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the parties agree that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded from January 13, 2020, up to and including February 24, 2020 at 1:00 p.m.

Respectfully submitted,

Date: January 8, 2020

/s/ Karen Ann Escobar

Karen Ann Escobar
Attorney for Plaintiff, U.S.A.

Date: January 8, 2020

 /s/ Arturo Hernandez -M 
ARTURO HERNANDEZ-M
Attorney for Defendant
Alejandro Lopez

|   |   |   |
|---|---|---|
| IN THE UNITED STATES DISTRICT COURT | | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | | |
| FRESNO DIVISION | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:18-cr-00260-DAD-BAM-1 |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| Defendant. | ) ) ) | |
| ALEJANDRO LOPEZ, | ) ) | |

This is to certify that on the January 8, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

U.S.A Karen Ann Escobar

All Other Counsel entitled to notice by E-Notice in this case

/s/ Arturo Hernández-M.
_____
Declarant Arturo Hernandez-M.
Attorney for Defendant
Alejandro Lopez

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED that the 2nd Status Conference is continued from January 13, 2020 to **February 24, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. The Court orders that the time from January 13, 2020, up to and including February 24, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated**:**   **January 9, 2020**                    /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE