Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California   95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Alejandro Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ALEJANDRO LOPEZ,<br><br>               Defendant, | Case No.1:18-cr-00260-DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM APRIL 27, 2020 TO MAY 26, 2020 |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KAREN ANN ESCOBAR, ASSISTANT U.S. ATTORNEY; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE BARBARA A. McAULIFFE PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through, Attorney for plaintiff; Karen Ann Escobar and Arturo Hernandez-M., Attorney for defendant Alejandro Lopez, that the Status Conference now set for April 27, 2020 be continued and any time be excluded from April 27, 2020 to May 26, 2020.

This request is made jointly by the government and defense in order to conduct further pretrial investigation, pursue plea negotiations, and reach a potential

resolution.

The parties agree and stipulate, and request that the Court find the following:

a. A continuance is required to allow for further investigation and a potential resolution.

b. The parties believe that failure to grant the above-requested continuance would deny the defendant the effective representation.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 27, 2020, to May 26, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////

////

////

////

////

////

IT IS SO STIPULATED.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date:   March 25, 2020                         /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Attorney for Plaintiff

Date:   March 25, 2020                          /s/ Arturo Hernandez -M
                                                ARTURO HERNANDEZ-M
                                                Attorney for Defendant
                                                Alejandro Lopez

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from April 27, 2020 to **May 26, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **March 26, 2020**                     /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE