McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>ALEJANDRO LOPEZ,<br><br>                        Defendant. | CASE NO.  1:18-CR-00260-DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE;<br>FINDINGS AND ORDER<br><br>DATE: January 11, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on January 11, 2021.

2.      On December 29, 2020, counsel for the defendant advised that he had recently been exposed to the coronavirus by an unexpected contact with an exposed client and is currently under quarantine.  He also advised that his client had been moved from the Fresno County Jail and he has not been able to confer with his client regarding sentencing.

3.      By this stipulation, defendant now moves to continue the sentencing to February 22, 2021 at 10:00 a.m.

4.      The parties agree and stipulate that good cause has been shown to justify the continuance

////

////

1    IT IS SO STIPULATED.

2

3

Dated:  December 29, 2020                          McGREGOR W. SCOTT
4                                                  United States Attorney

5
                                                   /s/ KAREN A. ESCOBAR
6                                                  KAREN A. ESCOBAR
                                                   Assistant United States Attorney
7

8
Dated:  December 29, 2020                          /s/ ARTURO HERNANDEZ-M.
9                                                  ARTURO HERNANDEZ-M.
                                                   Counsel for Defendant
10                                                 ALEJANDRO LOPEZ

11

12

13

14                              **FINDINGS AND ORDER**

15
IT IS SO ORDERED.
16
    Dated:   **January 4, 2021**                  _____
17                                                      Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28