Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California   95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Alejandro Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.1:18-cr-00260-DAD-BAM-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND TO REQUEST IN PERSON HEARING. |
| v. | ) | |
| ALEJANDRO LOPEZ, | ) | |
| Defendant, | ) | |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,

KAREN ANN ESCOBAR, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE

NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE

DALE A. DROZD PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through,

Attorney for plaintiff; Karen Ann Escobar and Arturo Hernandez-M., Attorney for

defendant Alejandro Lopez, that the Sentencing Hearing now set for April 26, 2021

be continued to June 28, 2021 at 10:00 am.

This request is made by Defense counsel Arturo Hernandez-M to

accommodate Defendant Alejandro Lopez who requests to have his sentencing by way of an in-court-in-person hearing.

Respectfully submitted,

Date: April 20, 2021

/s/ Karen Ann Escobar
_____
Karen Ann Escobar
Attorney for Plaintiff, U.S.A.

Date: April 20, 2021

 /s/ Arturo Hernandez -M
ARTURO HERNANDEZ-M
Attorney for Defendant
Alejandro Lopez

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders that the sentencing set for April 26, 2021 be continued to June 28, 2021 at 10:00 a.m. The court understands that defendant is requesting an in person sentencing hearing. If that request cannot be accommodated by June 28, 2021, the case will be further continued for sentencing if necessary.

IT IS SO ORDERED.

Dated: **April 21, 2021**

_____
UNITED STATES DISTRICT JUDGE