HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. MCCLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ALEJANDRO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:18-cr-00260 DAD |
| Plaintiff, | ) ) ) | **SEALING ORDER** |
| v. | ) ) | JUDGE:  Hon. Dale A. Drozd |
| ALEJANDRO LOPEZ, | ) ) | |
| Defendant-Movant. | ) ) ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit 1 to Defendant-Movant's Supplemental Brief in Support of Motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A) is granted.  Exhibit 4 shall be filed under seal until further order of the Court as it contains confidential medical information.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that for the reasons

/////

/////

/////

Lopez:  Sealing Order

stated in Defendant's Request, sealing Exhibit 4 serves a compelling interest. The further finds that, in the absence of sealing, the compelling interests of the Defendant would be harmed.

IT IS SO ORDERED.

Dated: __June 21, 2024__

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE