1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:18-cr-260-DAD
12 |                      Plaintiff,         | ORDER GRANTING UNITED STATES'
   |                                         | AMENDED MOTION FOR EXTENSION
13 |           v.                            | OF TIME
14 | ALEJANDRO LOPEZ,
15 |                      Defendant.
16

17

18     On June 21, 2024, the United States requested an extension of time (Doc. 93) to July 12, 2024, to

19 file its response to Alejandro Lopez's motions for compassionate release and related filing. (Docs. 65,

20 85, 87.)

21     IT IS HEREBY ORDERED that the United States' request for an extension is granted. The

22 response is now due July 12, 2024.

23     IT IS SO ORDERED.

24 Dated:  **June 21, 2024**                         _/s/ Dale A. Drozd_
25                                                  DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE
26

27

28